**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

**JODIE CHAMBERS,**

*Petitioner*,

v.

Civ. No. 2:26-cv-03191-BCL-atc
Cr. No. 2:04-cr-20178-SHM-1

**UNITED STATES OF AMERICA,**

*Respondent*.

## ORDER DIRECTING UNITED STATES TO RESPOND

On September 15, 2026, Petitioner Jodie Chambers, filed a petition for writ of error coram nobis pursuant to 28 U.S.C. § 1651.[1] Doc. 1. Chambers alleges claims of: (1) "newly discovered evidence undermin[ing] [his] [§] 924(c) conviction"; (2) "legal invalidity of the § 924(c) predicate"; and (3) "unconstitutional coercion and ineffective assistance of counsel." *Id*. at 2-8. Chambers requests that this Court vacate his plea "based on the discovery of new evidence in April 2025." *Id*. at 2.

It is **ORDERED** that the United States file a response to the Petition, within twenty-eight (28) days from the date of entry of this Order, which shall respond to the Petition and address the issue of the timeliness of the Petition. It is further **ORDERED** that Petitioner's former attorney Leslie I. Ballin is released from the attorney client privilege to the extent necessary to submit an affidavit of counsel and such other documents as may be necessary for the United States to respond adequately to the Petition. All other matters shall remain privileged.

[1] Chambers "was released from federal custody in 2011 and completed supervised release in 2013." Doc. 1 at 2; *see also* https://www.bop.gov/inmateloc/ (Federal Bureau of Prisons inmate locator website) (last accessed Oct. 27, 2026) (showing that Chambers, assigned inmate register number 19613-076, was released from BOP custody on April 11, 2011).)

Chambers may, if he chooses, submit a reply to Respondent's answer or response within twenty-eight (28) days of service. Further, Chambers may request an extension of time to reply if his motion is filed on or before the due date of his reply. The Court will then address the merits of the Petition, or of any motion filed by Respondent, after the expiration of Chambers' time to reply, as extended.

**IT IS SO ORDERED** this 29th day of October, 2026.

s/*Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE